IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SIGNATURE FLIGHT SUPPORT, LLC, and PIEDMONT HAWTHORNE AVIATION LLC,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CATHERINE CARROLL,  )<br>)<br>Defendant.  ) | Civil Action No. 7:20-cv-00739<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendant Catherine Carroll's partial motion to dismiss (Dkt. No. 15) is DENIED as to Count 4, Count 5, and Count 7 and GRANTED as to Count 6.

The clerk shall provide a copy of this order and the accompanying opinion to all counsel of record.

Entered: September 24, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge